427 A.2d 1190

Commonwealth v. Hobbs, Appellant.

Submitted March 20, 1978. Kalvin Kahn, for appellant; Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.

JACOBS, former P. J., did not participate in the consideration or decision of this case.